# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

MICHAEL HALL, and ELIJAH UBER a/k/a Elijah Hall, and their marital community; and AVIE GARRAND and CAROL GARRAND and their marital
    Plaintiff(s),

v.

BNSF RAILWAY CO., a Delaware corporation
    Defendant(s).

Case No. Case 2:13-cv-02160

**PRAECIPE**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:
You will please:

Issue the attached Summonses.

| | |
|---|---|
| Dec 4, 2013 | s/ Cleveland Stockmeyer |
| Dated | Sign or use an "s/" and your name |

Cleveland Stockmeyer PLLC
8056 Sunnyside Ave. N.
Seattle, WA 98103
(206) 419-4385

Name, Address, and Phone Number of Counsel or Pro Se

PRAECIPE                Page 1 of 1

# United States District Court
for the
Western District of Washington

MICHAEL HALL, and ELIJAH UBER a/k/a
Elijah Hall, and their marital community;
and AMIE GARRAND and CAROL GARRAND
and their marital community )
)
)
)
*Plaintiff* )
)
v. )
)
)
) Civil Action No. _____
)
BNSF RAILWAY CO., a Delaware corporation )
)
)

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

BNSF Railway Company
Care of THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER 1209 ORANGE ST
WILMINGTON DE 19801

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it) - or ___ days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Cleveland Stockmeyer
Cleveland Stockmeyer PLLC
8056 Sunnyside Ave N.
Seattle, WA 98103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                              *Signature of Clerk or Deputy Clerk*

## PROOF OF SERVICE
*This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l)*

This summons for (*name of individual and title, if any*) _____

was received by me on (*date*) _____ .

☐ I personally served the summons and complaint on the individual at (*place*) _____ on (*date*) _____ ; or

☐ I left the summons and complaint at the individual's residence or usual place of abode with (*name*) _____ , a person of suitable age and discretion who resides there, on (*date*) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons and complaint on (*name of individual*) _____ who is designated by law to accept service of process on behalf of (*name of organization*) _____ on (*date*) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (*specify*)




My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc.

# United States District Court
## for the
### Western District of Washington

MICHAEL HALL, and ELIJAH UBER a/k/a
Elijah Hall, and their marital community;
and AMIE GARRAND and CAROL GARRAND
and their marital community

*Plaintiff*

v.

BNSF RAILWAY CO., a Delaware corporation

*Defendant*

Civil Action No. _____

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

BNSF Railway Co.
NW Division
2454 Occidental Avenue South
Seattle WA 98134

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it) - or ___ days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Cleveland Stockmeyer
Cleveland Stockmeyer PLLC
8056 Sunnyside Ave N.
Seattle, WA 98103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

PROOF OF SERVICE
*This section should not be filed with the court unless required by* Fed.. *R. Civ. P. 4(l)*

This summons for (*name of individual and title, if any*) _____

was received by me on *(date)* _____ .

☐ I personally served the summons and complaint on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons and complaint at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons and complaint on (*name of individual*) _____

who is designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc.

# United States District Court
for the
Western District of Washington

MICHAEL HALL, and ELIJAH UBER a/k/a Elijah Hall, and their marital community; and AMIE GARRAND and CAROL GARRAND and their marital community

*Plaintiff*

v.

BNSF RAILWAY CO., a Delaware corporation

*Defendant*

Civil Action No. _____

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

BNSF Railway Co.
1000 Second Avenue suite 3700,
Seattle WA 98104

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it) - or ___ days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Cleveland Stockmeyer
Cleveland Stockmeyer PLLC
8056 Sunnyside Ave N.
Seattle, WA 98103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

PROOF OF SERVICE
*This section should not be filed with the court unless required by* Fed.. R. Civ. P. 4(l)

This summons for (*name of individual and title, if any*) _____

was received by me on (*date*) _____ .

☐ I personally served the summons and complaint on the individual at (*place*)

_____ on (*date*) _____ ; or

☐ I left the summons and complaint at the individual's residence or usual place of abode with (*name*)

_____ , a person of suitable age and discretion who resides there,

on (*date*) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons and complaint on (*name of individual*) _____

who is designated by law to accept service of process on behalf of (*name of organization*)

_____ on (*date*) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (*specify*)

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                     *Server's signature*

                                     _____
                                     *Printed name and title*

                                     _____
                                     *Server's address*

Additional information regarding attempted service, etc.